IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL A. SSENDIKWANAWA, :
:
    Petitioner, :
:
v. : 3:14-CV-01241
: (JUDGE MARIANI)
CRAIG LOWE, et al., :
:
    Respondents. :

## ORDER

AND NOW, THIS 25th DAY OF AUGUST, 2015, IT IS HEREBY ORDERED THAT:

1. Petitioner's Petition for *Habeas Corpus* (Doc. 1) is **DENIED AS MOOT**.

2. The Clerk of Court is **DIRECTED** to close the case.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge